UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PRISON LEGAL NEWS, <br> Plaintiff <br><br> v. <br><br> SHERIFF FREDDIE POOR, individually and in his official capacity as the Sheriff of Galveston County, GEAN LEONARD, R. C. DELACRUZ, JR., and GALVESTON COUNTY | § § § § § § § § § § § § | CIVIL ACTION NO. 3:10-cv-00251 |

**STIPULATED JUDGMENT AND SETTLEMENT AGREEMENT**

Plaintiff Prison Legal News ("PLN") and Defendants Freddie Poor, in his official capacity, and Galveston County ("Defendants") stipulate to the following and agree this case will be dismissed on the following terms:

1. Plaintiff PLN brought claims in this cause of action against Defendants for violations of its rights under the First and Fourteenth Amendments to the United States Constitution.

2. For and in consideration of the provisions of this agreement, PLN settles with and releases Defendants, their officers, agents, employees, and departments, for any and all existing claims, damages and causes of action arising out of the claims described in case 3:10-cv-00251, which is the source of all settled claims; provided, however, that nothing in this settlement agreement and release shall be construed to prevent or limit PLN from moving in this court to enforce the terms of this settlement agreement.

3. Defendants acknowledge that the magazine *Prison Legal News*, renewal notices for the magazine, book fliers and order forms ("catalogs"), and similar types of mail are permitted types of mail into all Galveston County correctional facilities, regardless of the postal class by which they are sent. Defendants agree that PLN can send its properly addressed magazine, renewal

notices for the magazine, book fliers and order forms ("catalogs"), and similar types of mail to inmates in all Galveston County facilities, without proof of payment, registration by an inmate of his or her subscription, or any other similarly restrictive requirements.

4. Defendants agree that PLN is an approved book distributor and/or vendor, and will provide written confirmation of this status to PLN. Books distributed by PLN are permitted mail at all Galveston County correctional facilities, regardless of the postal class by which the books are sent.

5. Nothing in this settlement agreement and release shall be construed to prevent or limit Defendants or their agents, employees and departments from continuing to review, reject, process and dispose of inmate mail for reasons of prohibited content. This reserves Galveston County's authority to review content for reasons such as security, safety, institutional discipline and to monitor criminal activity. Galveston County agrees to adopt the incoming publications policy attached as Exhibit A. The parties agree that the policy may be amended from time to time to incorporate other provisions as necessary, but such amendments may not create more restrictions on the receipt of publications other than those set forth herein.

6. PLN is entitled to receive notice of every mail rejection or undelivered item sent by PLN to an inmate in the jail, together with a statement or indication of the reason for rejection or non-delivery, regardless of the postal class by which the rejected piece of mail is sent, pursuant to the policy attached as Exhibit A. If the rejection is for content based reasons, PLN will receive a written explanation for why the content is non-compliant with Galveston County regulations within ten business days of the rejection. The explanation will clearly explain the reason for the censorship and the party to whom PLN can direct an appeal of the censorship decision, as per the policy attached as Exhibit A. The Galveston County jail mailroom will hold the item during the pendency of any administrative appeals and deliver the item to the addressee if the appeal is

decided in favor of the publisher and/or the inmate addressee, per the policy attached as Exhibit A.

7. Defendants will pay PLN $5,500 in damages, attorneys' fees and costs within 30 days of entry of this stipulated judgment.

8. Galveston County Sheriff's Department has previously ordered two subscriptions to the Prison Legal News monthly magazine for placement in its jail law library. As part of the settlement of this case, the Galveston County Jail shall immediately renew those subscriptions to ensure that the publications are received for a minimum total subscription period of five years. The magazines shall be made available to inmates by placing them in the Galveston County Jail Law library.

9. The Galveston County Sheriff's Department shall purchase from PLN for placement in the jail law library those books set forth in Exhibit B. The books purchased from PLN shall be made available to the inmates of the County jail by placing them in the jail law library.

10. Nothing in this agreement will be construed to waive claims for incidents that have not yet occurred.

11. The parties to this Stipulated Judgment agree that the provisions herein fully and fairly accommodate the interests of the parties hereto regarding the issue of injunctive relief only in this matter, that the Court should adopt and approve this agreement as a Stipulated Judgment, and that this Stipulated Judgment is a full and final judgment between the parties with regard to permanent injunctive relief only.

12. <u>The parties agree that in the event PLN shall feel the defendant is not in compliance with any term of this agreement it shall send a notice addressed to the Sheriff of Galveston County as well as to the Galveston County Legal Department or its successor organization advising Sheriff's Office how it is not compliant with the terms of this agreement and giving the Office at</u>

least 30 days to come into compliance and/or reach an accord with the PLN.

13. Notwithstanding the dismissal of this case, the Court shall retain jurisdiction over the case for purposes of enforcing this stipulated judgment.

_____         Feb. 3, 2011
Paul Wright                                                             Date
Editor
Prison Legal News

Name: _____        2-10-11
For Galveston County and Sheriff Freddie Poor    Date

4

# Exhibit A

**Galveston County Sheriff's Office**
601 54th Street
Galveston, Texas 77551
(409)-766-2300

# Galveston County Sheriff's Office

# Corrections Bureau

# Jail Division



**Policy and Procedure Manual**
**Revised 12/15/2010**

Freddie Poor - Sheriff   JUDGMENT EXHIBIT A



**Galveston County Sheriff's Office**  
**Corrections Bureau**  
**Jail Division**

Policy and Procedure Manual

Revised 12/15/2010

# TABLE OF CONTENTS

REVISION TIME LINE ..................................................................................................................... 11
- APPROVED: ............................................................................................................................. 11
- PUBLISHED: ............................................................................................................................ 11
- AMENDED: ............................................................................................................................. 11
- REMOVED: ............................................................................................................................. 11

I. ADMISSIONS – ............................................................................................................................ 15
 – GC 100.00 ................................................................................................................................ 15
  – ADMISSIONS CRITERIA FRISK (PAT) & STRIP SEARCH ............................................. 15
 – GC 100.01 ................................................................................................................................ 23
  – JUVENILES ......................................................................................................................... 23
 – GC 100.01A ............................................................................................................................. 27
  – PROCESSING FEMALE INMATES .................................................................................. 27
 – GC 100.02 ................................................................................................................................ 31
  – TELEPHONE USE BY INMATE DURING ADMISSIONS ............................................. 31
 – GC 100.03 ................................................................................................................................ 35
  – PROPERTY ......................................................................................................................... 35
 – GC 100.03A ............................................................................................................................. 45
  – COURT CLOTHES ............................................................................................................. 45
 – GC 100.04 ................................................................................................................................ 49
  – SEGREGATION OF SEXES, INFAMOUS INMATES ..................................................... 49

II. CLASSIFICATION / INMATE RECORDS – ........................................................................... 53
 – GC 200.00 ................................................................................................................................ 53
  – CLASSIFICATION PLAN .................................................................................................. 53
 – GC 200.01 ................................................................................................................................ 63
  – INMATE WORK ASSIGNMENTS .................................................................................... 63
 – GC 200.02 ................................................................................................................................ 67
  – INMATE RECORDS ........................................................................................................... 67
 – GC 200.03 ................................................................................................................................ 71
  – COMPUTATION OF GOOD TIME CREDIT / FORFEITURE ...................................... 71

III. RELEASE FROM CUSTODY ................................................................................................... 75
 – GC 300.00 ................................................................................................................................ 75
  – RELEASE PROCESS (UNCONDITIONAL) .................................................................... 75
 – GC 300.01 ................................................................................................................................ 79
  – RELEASE PROCESS (CONDITIONAL) .......................................................................... 79
 – GC 300.02 ................................................................................................................................ 81
  – BONDING CRITERIA ........................................................................................................ 81
 – GC 300.03 ................................................................................................................................ 85
  – TRANSFERS TO TEXAS DEPT OF CRIMINAL JUSTICE ............................................ 85

IV. SECURITY AND CONTROL .................................................................................................... 89
 – GC 400.00 ................................................................................................................................ 89
  – CONTRABAND ................................................................................................................... 89
 – GC 400.01 ................................................................................................................................ 93
  – FRISK SEARCH .................................................................................................................. 93
 – GC 400.02 ................................................................................................................................ 97
  – USE OF TELEPHONE ....................................................................................................... 97
 – GC 400.03 .............................................................................................................................. 101

<␊



**Galveston County Sheriff's Office**  
**Corrections Bureau**  
**Jail Division**

Policy and Procedure Manual

Revised 12/15/2010

```
    – PERIMETER SECURITY ................................................................................................101
  – GC 400.04...................................................................................................................105
    – TRANSPORTATION OF INMATES OUTSIDE THE JAIL..........................................105
  – GC 400.04A..................................................................................................................109
    – INMATE TRANSPORTATION – GCSO VAN RUN....................................................109
  – GC 400.05...................................................................................................................115
    – KEY CONTROL .........................................................................................................115
  – GC 400.06...................................................................................................................119
    – MOVEMENT OF INMATES.......................................................................................119
  – GC 400.07...................................................................................................................123
    – COUNT......................................................................................................................123
  – GC 400.08...................................................................................................................127
    – SEARCHES OF THE FACILITIES..............................................................................127
  – GC 400.09...................................................................................................................131
    – INMATE DEATH PROCEDURES ..............................................................................131
  – GC 400.10...................................................................................................................137
    – ESCAPE.....................................................................................................................137
  – GC 400.11...................................................................................................................141
    – SANITATION PLAN...................................................................................................141
  – GC 400.12...................................................................................................................145
    – EMERGENCY PLAN..................................................................................................145
  – GC 400.13...................................................................................................................149
    – FIRE EMERGENCY ..................................................................................................149
  – GC 400.13A..................................................................................................................155
    – FIRE SAFETY DRILLS ..............................................................................................155
  – GC 400.14...................................................................................................................161
    – FIRE PREVENTION PLAN........................................................................................161
  – GC 400.15...................................................................................................................165
    – SECURITY AND CONTROL MOBILIZATION PLAN / CIVIL DISASTER, I.E.: TORNADO, HURRICANE
    ...................................................................................................................................165
  – GC 400.16...................................................................................................................169
    – OFFICIAL VISITS......................................................................................................169
  – GC 400.17...................................................................................................................173
    – SPECIAL OPERATIONS RESPONSE TEAM (S.O.R.T.)..............................................173
  – GC 400.18...................................................................................................................183
    – WEAPONS, AMMUNITION, CHEMICAL DETERRENTS..........................................183
  – GC 400.19...................................................................................................................187
    – USE OF FORCE.........................................................................................................187
  – GC 400.19A..................................................................................................................195
    – USE OF FORCE PEPPERBALL™ LAUNCHER..........................................................195
  – GC 400.20...................................................................................................................201
    – VIOLENT, DISRUPTIVE INMATES UNDER TWO-MAN POLICY............................201
  – GC 400.21...................................................................................................................207
    – DISCIPLINARY LOCKDOWN SEGREGATION OF DISRUPTIVE INMATES............207
  – GC 400.22...................................................................................................................211
    – FACILITY ASSAULTS................................................................................................211

V. LEGAL RESPONSIBILITIES ............................................................................................215

  – GC 500.00...................................................................................................................215
    – COURT APPEARANCE..............................................................................................215
  – GC 500.01...................................................................................................................219
    – NOTARIZATION OF LEGAL PAPERS .......................................................................219
  – GC 500.02...................................................................................................................221
```



**Galveston County Sheriff's Office**
Corrections Bureau
Jail Division

Policy and Procedure Manual

Revised 12/15/2010

| | |
|---|---:|
| – LAW LIBRARY | 221 |
| – GC 500.03 | 225 |
| – ABSENTEE VOTING | 225 |
| **VI. COMMUNICATION, MAIL AND VISITATION** | **227** |
| – GC 600.00 | 227 |
| – INMATE VISITS | 227 |
| – GC 600.01 | 235 |
| – OFFICIAL INMATE VISITS | 235 |
| – GC 600.02 | 241 |
| – INMATE CORRESPONDENCE | 241 |
| – GC 600.03 | 247 |
| – INMATE REQUEST FOR INFORMATION | 247 |
| – GC 600.04 | 251 |
| – PUBLICATIONS | 251 |
| **VII. DISCIPLINARY PROCESS** | **257** |
| – GC 700.00 | 257 |
| – DISCIPLINARY PROCEDURES | 257 |
| – GC 700.01 | 267 |
| – INMATE GRIEVANCE | 267 |
| – GC 700.02 | 271 |
| – ABUSE OF INMATES | 271 |
| **VIII. FISCAL MANAGEMENT** | **275** |
| – GC 800.00 | 275 |
| – INMATE TRUST FUND | 275 |
| **IX. MEDICAL, MENTAL AND DENTAL SERVICES** | **279** |
| – GC 900.00 | 279 |
| – HEALTH SERVICES PLAN | 279 |
| – GC 900.01 | 283 |
| – DENTAL | 283 |
| – GC 900.02 | 285 |
| – MEDICATION ROUNDS | 285 |
| – GC 900.03 | 289 |
| – MENTAL DISABILITIES / SUICIDE PREVENTION PLAN | 289 |
| – GC 900.04 | 297 |
| – SEXUAL ASSAULT PLAN | 297 |
| – GC 900.05 | 303 |
| – CARE OF THE PREGNANT INMATE | 303 |
| **X. HUMAN SERVICES** | **307** |
| – GC 1000.00 | 307 |
| – EDUCATION AND REHABILITATION PROGRAMS | 307 |
| – GC 1000.01 | 311 |
| – INMATE FEEDING | 311 |
| – GC 1000.01A | 315 |
| – FOOD LOAF | 315 |
| – GC 1000.02 | 319 |
| – INMATE FEEDING PLAN | 319 |
| – GC 1000.03 | 323 |
| – COMMISSARY PLAN | 323 |



**Galveston County Sheriff's Office**
**Corrections Bureau**
**Jail Division**

Policy and Procedure Manual

Revised 12/15/2010

– GC 1000.04 .................................................................................................................. 327
   – *RECREATION / EXERCISE* ................................................................................. *327*
– GC 1000.05 .................................................................................................................. 331
   – *TELEVISIONS* ...................................................................................................... *331*
– GC 1000.06 .................................................................................................................. 333
   – *LAUNDRY* ............................................................................................................. *333*
– GC 1000.07 .................................................................................................................. 335
   – *INMATE LIBRARY* ............................................................................................... *335*
– GC 1000.08 .................................................................................................................. 339
   – *INMATE RELIGIOUS PRACTICES PLAN* ........................................................ *339*
– GC 1000.09 .................................................................................................................. 345
   – *INDIGENT INMATES* ........................................................................................... *345*

**XI. EMPLOYMENT** ........................................................................................................... **347**

– GC 1100.00 .................................................................................................................. 347
   – *PROBATIONARY STATUS* ................................................................................. *347*
– GC 1100.01 .................................................................................................................. 351
   – *EXTRA JOBS* ........................................................................................................ *351*
– GC 1100.02 .................................................................................................................. 353
   – *EMERGENCY LEAVE* .......................................................................................... *353*
– GC 1100.03 .................................................................................................................. 355
   – *APPEARANCE, PERSONAL HYGIENE, JEWELRY* ........................................ *355*
– GC 1100.04 .................................................................................................................. 361
   – *SHIFT MEETINGS* ............................................................................................... *361*
– GC 1100.05 .................................................................................................................. 365
   – *PROFESSIONAL DEMEANOR / CONDUCT (ON AND OFF DUTY)* ............. *365*
– GC 1100.06 .................................................................................................................. 369
   – *FRATERNIZATION AND SOCIALIZATION (ON AND OFF DUTY)* ............. *369*
– GC 1100.07 .................................................................................................................. 373
   – *PERFORMANCE OF DUTY* ................................................................................ *373*
– GC 1100.08 .................................................................................................................. 377
   – *SHIFT EXCHANGING* ......................................................................................... *377*

**XII. CORRECTIONAL TRAINING** .................................................................................. **381**

– GC 1200.00 .................................................................................................................. 381
   – *MANDATED TRAINING* ..................................................................................... *381*
– GC 1200.01 .................................................................................................................. 385
   – *NO SUBJECT* ........................................................................................................ *385*

**INDEX** .................................................................................................................................... **389**



**Galveston County Sheriff's Office**  
**Corrections Bureau**  
**Jail Division**

Policy and Procedure Manual

Revised 12/15/2010

# Revision Time Line

- **Approved:**

  08 01 2010 – Approved – Chief M. E. Henson

- **Published:**

  08 01 2010 – Posted on SOLIS – Sgt. R. K. Paulk  
  12 XX 2010 – Posted on SOLIS – Sgt. R. K. Paulk

- **Amended:**

  12 15 2010 – Policy 600.4 Publication Scrap added for review – Major C. A. Holder

- **Removed:**



**Galveston County Sheriff's Office**　　Policy and Procedure Manual
**Corrections Bureau**
**Jail Division**　　Revised 12/15/2010

| GALVESTON COUNTY SHERIFF'S OFFICE MANUAL OF POLICY AND PROCEDURE | GC NO. 600.04 |
|---|---|
| | REVIEW(1) |
| CHAPTER: COMMUNICATION, MAIL AND VISITATION SUBJECT: PUBLICATIONS | |
| APPROVED FOR IMPLEMENTATION: FREDDIE POOR, SHERIFF | DATE: 12/15/2010 REVISED DATE: 12/15/2010 |

VI. COMMUNICATION, MAIL AND VISITATION
– GC 600.04
– PUBLICATIONS

    IV.    POLICY: All inmates are encouraged to read materials that will aid in their re-integration process. The Galveston County Jail recognizes the rights of inmate's to publications encouraging self-help and quality of life. This document sets forth the conditions and regulations necessary to ensure a consistent manner for proper processing of incoming publications.

    V.    DEFINITIONS: None

    VI.    PROCEDURES:

        A. PUBLICATIONS: An inmate may receive publications in the mail only from the publisher or publication supplier, including bookstores, vendors and distributors. Inmate's ordering publications shall have payment secured from an outside source. Persons desiring to give publications directly to individual inmates may have the publication mailed directly to the inmate only from the publisher or publications supplier, including bookstores, vendors and distributors. Publications received by inmates may be in languages other than English.

        B. CONTENT INSPECTION OF PUBLICATIONS: All publications are subject to inspection by Jail Staff who have the authority to accept or reject a publication for content, subject to review.

        Rejection Due to Content
        A publication may be rejected If:

            1. It contains contraband that cannot be removed;
            2. It contains information regarding the manufacture of explosives, weapons or drugs;



**Galveston County Sheriff's Office**  Policy and Procedure Manual
**Corrections Bureau**
**Jail Division**  Revised 12/15/2010

3. It contains material that a reasonable person would construe as written solely for the purpose of communicating information designed to achieve the breakdown of prisons, jails through inmate disruption such as strikes, riots or security threat group activity;
4. A specific determination has been made that the publication is detrimental to inmates' rehabilitation because it would encourage deviant criminal sexual behavior;
5. It contains material on the setting up and operation of criminal schemes or how to avoid detection of criminal schemes by lawful authorities charged with the responsibility for detecting such illegal activity; or
6. It contains sexually explicit images. Publications shall not be prohibited solely because the publication displays naked or partially covered buttocks. Subject to the review by the Mailroom Supervisor and on a case-by-case basis, publications constituting educational, medical/scientific or artistic materials, including, but not limited to, anatomy medical reference books, general practitioner reference books and/or guides, National Geographic or artistic reference material depicting historical, modern and/or post modern era art, may be permitted.

C. NOTICE: If a publication is rejected, the inmate and sender shall be provided a written notice of the disapproval and a statement of the reason within 5 days of receipt of said publication on a Publication Denial Form. Within the same time period, the inmate, and the sender shall be notified of the procedure for appeal. The inmate and sender shall be given a sufficiently detailed description of the rejected publication to permit effective use of the appeal procedures. The inmate, and/or the sender may appeal the rejection of the publication through procedures provided by these rules.

D. REVIEW PROCEDURES FOR DENIED ITEMS

E. Handling of denied items: Any incoming or outgoing publications that are rejected shall not be destroyed, but shall remain with the mailroom officer subject to examination and review by those involved in the administration of appeals procedures outlined herein. Upon completion of the appeal procedures, if the publication is denied, the inmate may request that it continue to be held in the custody of the mailroom officer for use in any legal proceeding contemplated by the inmate, or that it be disposed of in one (1) of the following manners unless security concerns mandate the inmate not have a choice in the disposition:

1. Mail the publication to any person at the inmate's expense;

252



**Galveston County Sheriff's Office**  Policy and Procedure Manual
**Corrections Bureau**
**Jail Division**  Revised 12/15/2010

2. Destroy the publication, only with the inmate's written permission, or;
3. Hold the property in the inmate's property bag.

F. PUBLICATION APPEAL PROCEDURE
   1. Any inmate or sender of a publication may appeal the rejection of any publication.

G. HOW TO APPEAL
   1. A written notice of appeal shall be sent to the Commander of the Jail within two (2) weeks of notification of rejection. Upon receipt of notification, the publication in question shall be sent to the Commander of the Jail.

H. FINAL DECISION
   1. The Commander shall render his/her decision within two (2) weeks after receiving the appeal, and shall issue written notification of the decision to the parties involved within 48 hours.

I. IX. DELEGATION
   1. The Commander may delegate decisions regarding publication denials to any staff member of the Jail.

253



| | |
|---|---|
| **Galveston County Sheriff's Office**<br>**Corrections Bureau**<br>**Jail Division** | Policy and Procedure Manual<br><br>Revised 12/15/2010 |


254



**Galveston County Sheriff's Office**  
**Corrections Bureau**  
**Jail Division**

Policy and Procedure Manual

Revised 12/15/2010

# INDEX

Administrative Separation, **54, 57, 58, 315**  
Admissions Process, **31**  
arresting officer, **35**  
Bible, **20, 76, 155**  
booking number, **36, 38, 82**  
Classification, **36, 37, 40, 41, 49, 53, 54, 55, 56, 57, 58, 60, 61, 63, 64, 69, 73, 75, 86, 112, 124, 208, 212, 264, 297, 298**  
   Classification Coordinator, **53, 55**  
commissary, **38, 142, 156, 202, 268, 323, 324, 328, 331, 369**  
Consular Notification, **21**  
consular officials, **21**  
contraband, **15, 16, 17, 18, 35, 37, 39, 90, 93, 94, 102, 106, 110, 111, 112, 127, 128, 169, 228, 229, 242, 243, 244, 276, 370**  
Contraband, **15, 16, 37, 89, 90, 93, 169**  
Contract Medical Services, **18, 19, 279, 280, 281, 283, 285, 290, 291, 292, 293, 294, 297, 299, 303**  
controlled substances, **15, 89, 281**  
court clothes, **45, 46**  
criminal history, **54, 85, 298, 369**  
criminal offense, **54, 298**  
custody levels, **54, 59, 61**  
Deputy  
   Admissions Deputy, **18, 19, 20, 23, 31, 32, 37**  
   Booking Deputy, **16, 105, 275, 276, 277, 291**  
   Master Controls Deputy, **16, 157, 175, 177**  
   Mental Health Deputy, **19**  
   Pod Deputy, **57, 75, 119, 120, 155, 156, 201, 202, 203, 208, 222, 237, 247, 248, 267, 280, 285, 291, 319, 327, 331, 336**  
   Property Deputy, **35, 36, 37, 38, 39, 40, 41, 45, 46, 75, 76**  
   Receiving Deputy, **16, 35**  
   Reception Deputy, **24**  

Release Deputy, **25, 41, 75, 76, 77, 79, 105, 119, 277**  
detoxification cell, **55**  
Director of Corrections, **18, 73, 116, 132, 133, 138, 146, 147, 150, 151, 152, 173, 174, 176, 179, 183, 189, 232, 236, 243, 244, 257, 258, 263, 264, 268, 271, 280, 347, 348, 357, 369, 370**  
disciplinary separation, **259**  
Disciplinary Separation, **54**  
ethnicity, **54**  
felonies, **63**  
felony, **63, 64, 85, 225, 257, 258**  
Felony, **20, 56, 83**  
felonies, **63**  
female inmate, **27, 340**  
female inmates, **27, 49, 64, 110, 189, 221**  
fingerprints, **20, 132**  
Frisk (Pat) Search, **15**  
gang, **54, 298**  
handicapped, **55, 267**  
homosexuals, **55**  
INMATE HANDBOOK, **57**  
Jail Administration, **41, 49, 190, 212, 222, 227, 232, 258, 269, 298, 299, 307, 335, 348, 356, 385, 386**  
juvenile, **23, 24, 25**  
Juvenile, **23, 24, 25**  
marks, **15, 19**  
misdemeanor, **257, 258**  
misdemeanors, **16, 63**  
non-U.S. citizen, **21**  
paraphernalia, **15**  
prescription sunglasses, **39**  
**Pre-Trial Release**, **20**  
property bag, **35, 36, 39, 40, 41, 45, 110, 111, 112, 216**  
property inventory bag, **16**  
Protective Custody, **54, 201**  
publications, **251, 252**  
PUBLICATIONS, **251**  
race, **54, 137**  
**Razor**, **56**

 **Galveston County Sheriff's Office**  Policy and Procedure Manual
**Corrections Bureau**
**Jail Division**  Revised 12/15/2010

receiving area, **16**, **102**
Records Coordinator, **54**, **58**, **68**, **69**, **86**
re-housing form, **57**, **291**
religious, **54**, **243**, **308**, **311**, **331**, **339**, **340**, **343**
scars, **15**, **19**
search, **15**, **16**, **17**, **18**, **93**, **94**, **105**, **106**, **116**, **127**, **128**, **169**, **204**, **228**, **229**, **231**, **237**, **244**
Soft Booking, 15
State Jail, **42**, **85**
Strip Search, 15
tattoo, **20**, **357**

tattoos, **15**, **19**
TDCJ, **36**, **42**, **60**, **85**, **86**, **227**
Temporary Commitment Form, **19**
Texas Commission on Jail Standards, 15, 381
transport deputy, **57**, **112**
U.S. Mail, **39**
unclaimed property, **41**
vault room, **36**, **41**
weapon, **63**, **93**, **177**, **183**, **191**, **192**, **236**, **347**, **348**, **356**, **359**, **386**
weapons, 15, 90, 106, 147, 174, 175, 178, 183, 228, 242, 356



Case 3:10-cv-00251 Document 17 Filed in TXSD on 02/23/11 Page 18 of 20



**Galveston County Sheriff's Office**
Corrections Bureau
Jail Division

Policy and Procedure Manual

Revised 12/15/2010



392

# Exhibit B



**Prison Legal News**
PO Box 2420
West Brattleboro, VT 05303

# Sales Receipt

| Date | Sale No. |
|---|---|
| 2/8/2011 | 5467 |

| Sold To |
|---|
| Galveston County Jail<br>Law Library<br>57 W Ave H<br>Galveston, TX 77551 |

CC:Y

| Check No. | Payment Method | Project |
|---|---|---|
| 1453 | DOC Ck | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Prisoner's Self-Help Litigation Manual | 1 | 39.95 | 39.95 |
| Prison's Guerrilla Handbook To Correspondence Programs in The United States and Canada 3rd edition | 1 | 49.95 | 49.95 |
| Protecting Your Health & Safety | 1 | 10.00 | 10.00 |
| How to Win Your Personal Injury Claim, 7th Edition | 1 | 34.99 | 34.99 |
| Everyday Letters for Busy People | 1 | 18.99 | 18.99 |
| The Criminal Law Handbook | 1 | 39.99 | 39.99 |
| Represent Yourself in Court | 1 | 39.99 | 39.99 |
| The Blue Book of Grammar and Punctuation | 1 | 14.95 | 14.95 |
| Legal Research, 15th edition | 1 | 49.99 | 49.99 |
| Nolo's Deposition Handbook | 1 | 34.99 | 34.99 |
| Writing to Win | 1 | 19.95 | 19.95 |
| Finding the Right Lawyer | 1 | 19.95 | 19.95 |
| Seize the Day! Steps to Achieving the Extraordinary in an Ordinary World | 1 | 15.99 | 15.99 |
| 10 Insider Secrets to a Winning Job Search | 1 | 15.99 | 15.99 |
| The Habeas Citebook: Ineffective Assistance of Counsel | 1 | 49.95 | 49.95 |

on dotted line.

**Online e-Label Record**

Delivery Confirmation™ Service Number:
9102 9690 1038 3104 4841 96
Package Services with electronic option
Delivery Confirmation service*
Print Date: 02/09/11    Ship Date: 02/09/11
Electronic Option Delivery Confirmation Service Fee: 0.19

From: PRISON LEGAL NEWS
PO BOX 2420
BRATTLEBORO VT 05303-2420

To: GALVESTON COUNTY JAIL
LAW LIBRARY
5700 AVENUE H
GALVESTON TX 77551-8100

Package Weight: 1 lb. 0 oz.    Shipping Cost: $2.57
*Regular Package Services postage rates apply. Delivery Confirmation service electronic fee required. Postmark required if fee refund required. Delivery information is not available

| Total | $455.62 |
|---|---|

EXHIBIT B